IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 8:05CV339 |
| Plaintiff, | ) ) | ORDER |
| V. | ) ) | |
| HERTZ CORPORATION, THE, | ) ) | |
| Defendant. | ) | |

By operation of the Consent Decree, the duration of the decree expired on July 27, 2007. (Filing No. 3 at ¶ 7). Therefore,

IT IS ORDERED that the Clerk close this matter for all purposes.

DATED this 11th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge